# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### CIVIL NO: 12-cv-02123-MJD-LIB

| | |
|---|---|
| JACQUELYN KUREK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ADMIN RECOVERY, LLC, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| Defendant. ) | |

NOW COMES Plaintiff, JACQUELYN KUREK ("Plaintiff"), by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of being finalizing, which Plaintiff anticipates will be within the next thirty (30) days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  November 7, 2012

        Respectfully Submitted,

        By:/Lee Cassie Yates Clagett__
          Lee Cassie Clagett
          Kerrick Stivers Coyle, PLC
          2413 Ring Rd. Suite 117
          Elizabethtown, KY 42701
          (270) 737-9088 (direct)
          (270) 769-2905 (fax)