**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CIVIL NO: 12-cv-02123-MJD-LIB**

| | |
|---|---|
| JACQUELYN KUREK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ADMIN RECOVERY, LLC, | )   **NOTICE OF VOLUNTARY** |
| | )      **DISMISSAL** |
| Defendant. | ) |

NOW COMES Plaintiff, JACQUELYN KUREK ("Plaintiff"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, ADMIN RECOVERY, LLC ("Defendant"), in this case.

Dated: December 3, 2012

            RESPECTFULLY SUBMITTED,

      By:  /s/ Lee Cassie Yates Clagett
         Lee Cassie Yates Clagett
         Kerrick Stivers Coyle, PLC
         2413 Ring Road
         Suite 117
         Elizabethtown, KY 42701
         270-737-9088
         Fax: 270-769-2905
         Email: lcclagett@ksclawfirm.com

         *Of Counsel*
         Krohn & Moss, Ltd.
         10474 Santa Monica Blvd, Suite 401
         Los Angeles, CA 90025

1